IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-413-RJC-DCK

| | |
|---|---|
| CARLA MATTHEWS, and all similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| HYATT CORPORATION, an Illinois Corporation, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Edward B. Davis, concerning Charles R. Ash, IV on August 3, 2017. Mr. Charles R. Ash, IV seeks to appear as counsel *pro hac vice* for Plaintiff Carla Matthews and all similarly situated individuals. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Mr. Charles R. Ash, IV is hereby admitted *pro hac vice* to represent Plaintiff Carla Matthews and all similarly situated individuals.

**SO ORDERED**.

Signed: August 3, 2017

David C. Keesler
United States Magistrate Judge