IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-413-RJC-DCK

| | |
|---|---|
| CARLA MATTHEWS, and all similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| HYATT CORPORATION, an Illinois Corporation, ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 22) filed by Frederick T. Smith, concerning Noah A. Finkel on September 15, 2017. Mr. Noah A. Finkel seeks to appear as counsel *pro hac vice* for Defendant Hyatt Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 22) is **GRANTED.** Mr. Noah A. Finkel is hereby admitted *pro hac vice* to represent Defendant Hyatt Corporation.

**SO ORDERED**.

Signed: September 18, 2017

David C. Keesler
United States Magistrate Judge