IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-413-RJC-DCK

| | |
|---|---|
| CARLA MATTHEWS, and all similarly situated individuals,<br><br>        Plaintiff,<br><br>  v.<br><br>HYATT CORPORATION, an Illinois Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) filed by Frederick T. Smith, concerning Kara L. Goodwin on September 15, 2017. Ms. Kara L. Goodwin seeks to appear as counsel *pro hac vice* for Defendant Hyatt Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) is **GRANTED.** Ms. Kara L. Goodwin is hereby admitted *pro hac vice* to represent Defendant Hyatt Corporation.

    **SO ORDERED**.

Signed: September 18, 2017

David C. Keesler
United States Magistrate Judge