UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00413-RJC-DCK

| | |
|---|---|
| **CARLA MATTHEWS, and** all similarly situated individuals, ) ) ) | |
| Plaintiffs, ) ) ) | |
| vs. ) ) ) | **ORDER** |
| **HYATT CORPORATION,** ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** comes before the Court on Plaintiff's Pre-Discovery Motion for Conditional Class Certification and Court—Approved Notice to Potential Opt-In Plaintiffs, (Doc. No. 13), and Parties' Joint Motion and Stipulation to Conditional Certification and Court-Authorized Notice, (Doc. No. 30), ("the Stipulation"). The parties agree as to the form and language of the Notice and Consent Forms attached to the Stipulation, as well as the method of the Notices' dissemination, and the period of time allotted to potential collective action members to timely opt in. Therefore, for good cause shown, the Motion is **GRANTED**

**IT IS, THEREFORE, ORDERED** that:

1. This case is conditionally certified as a collective action under 29 U.S.C. § 216(b) consisting of all current and former hourly Remote Associates who worked for Hyatt Corporation in the United States at any time during the period between [3 years plus 21 days before date notice is sent] to the present.

2. Plaintiffs' counsel is authorized to disseminate Notice to the putative collective members.

3. Defendant is ordered to, within fourteen (14) days of this Order, provide to Plaintiffs' counsel a list, in Excel format, containing the name, last known address, telephone number, email, and dates of employment of all persons who were employed by Defendant as hourly Remote Associates in the United States at any time during the period between [3 years plus 21 days before date notice is sent] to the present.

Signed: January 5, 2018

Robert J. Conrad, Jr.
United States District Judge