UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARLA MATTHEWS, FAITH HOLLOWAY, THERESA GIBSON, DINA BARTOLINI, RITA TAKETA, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION, an Illinois corporation,<br><br>Defendant. | Case No.: 3:17-cv-00413<br><br>Hon. Robert J. Conrad |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASS FOR PURPOSE OF SETTLEMENT, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING**

Plaintiffs respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 23 for an Order granting this Unopposed Motion for Preliminary Approval of Proposed class action settlement; class notice; opt-out form; incentive awards for class representatives; attorneys' fees and litigation expenses. This motion is based on all the files, records, and proceedings herein, and is supported by the attached brief in support and exhibits thereto.

Respectfully submitted,

Dated: August 23, 2018

*/s/ Jesse L. Young*
Jesse L. Young (Mich. Bar. P72614)
KREIS ENDERLE, P.C.
8225 Moorsbridge Rd.
Kalamazoo, Michigan 49003-4010
jyoung@kehb.com

Jason J. Thompson (Mich. Bar. P47184)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700

Southfield, Michigan 48076
248-355-0300
jthompson@sommerspc.com

*Trial Counsel for Plaintiffs*

Edward B. Davis, NC Bar No. 27546
BELL DAVIS PITT, P.A.
227 W. Trade Street, Suite 2160
Charlotte, North Carolina 28202
ward.davis@belldavispitt.com
(704) 227-0129

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2018, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jason J. Thompson*
jthomspon@sommerspc.com