IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-413-RJC-DCK

| | |
|---|---|
| CARLA MATTHEWS, and all similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | **ORDER** |
| ) | |
| HYATT CORPORATION, an Illinois Corporation, ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 64) filed by Edward B. Davis, concerning Rod M. Johnston on January 22, 2019. Rod M. Johnston seeks to appear as counsel *pro hac vice* for Plaintiffs Carla Matthews and all similarly situated individuals. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 64) is **GRANTED**. Rod M. Johnston is hereby admitted *pro hac vice* to represent Plaintiffs Carla Matthews and all similarly situated individuals.

**SO ORDERED**.

Signed: January 22, 2019

David C. Keesler
United States Magistrate Judge